IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DAVID T. BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:23-cv-00282-HAB-SLC |
| WALMART INC., WAL-MART STORES EAST, LP, DOES 1-3, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims of all parties in this case, with prejudice, each party to bear their own costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GLASER & EBBS, LLC | BARRETT McNAGNY LLP |
| By */s/ Albert J. Dahm* | By */s/ Robert T. Keen, Jr.* |
| Albert J. Dahm, #4775-02 | Robert T. Keen, Jr., #5475-02 |
| 132 East Berry Street | 215 East Berry Street |
| Fort Wayne, IN 46802 | Fort Wayne, IN 46802 |
| Telephone: (260) 424-0954 | Telephone: (260) 423-9551 |
| Fax: (260) 424-6529 | Fax: (260) 423-8920 |
| E-mail: bdahm@glaserebbsfw.com | E-mail: rtk@barrettlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |